**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.:  1:20-cv-22396-KMM**

ELVIS JOSE PEREZ, an individual,

      Plaintiff,

v.

CITY OF HIALEAH, a municipality;
YANDIER HERNANDEZ, ALEXANDER
ABREU CASTRO, JOSE ROMERO,
and LUIS ALBERTO SALCEDO,
in their individual and official capacities
and as City of Hialeah Police Officers,

      Defendants.

_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, ELVIS JOSE PEREZ (hereinafter referred to as "ELVIS"), and Defendant, CITY OF HIALEAH (hereinafter referred to as "HIALEAH"), by and through their respective undersigned counsel and pursuant to Southern District Local Rule 16.4, hereby notify the Court that the Parties have reached a settlement to fully resolve this matter as to all Defendants.  The Parties are in the process of preparing a written Settlement Agreement and will file a Stipulation of Dismissal once the Settlement Agreement has been fully executed.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via E-Filing and served to all counsel of record via an automatic email generated by the CM/ECF this 11th day of August 2020.

This space intentionally left blank.

Respectfully submitted,

**ELSTEIN LEGAL**
*Co-Counsel for Plaintiff*
1550 Biscayne Blvd., Suite 201
Miami, Florida 33132
Phone: (305) 299-2835
Fax: (305) 907-6070
Email: brian@elsteinlegal.com

By: /s/ *Brian L. Elstein*
       Brian L. Elstein
       Fla. Bar No. 105885

-and-

**ALHALEL LAW**
*Co-Counsel for Plaintiff*
20200 W. Dixie Highway, Suite 906
Miami, Florida 33180
Phone: (305) 563-9060
Fax: (305) 907-6070
Email: josh@alhalel-law.com

By: /s/ *Joshua R. Alhalel*
       Joshua R. Alhalel
       Fla. Bar No. 16320